UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS L. AMPS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>        Defendant. | No. 1:22-cv-00145-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS<br><br>(Doc. No. 9) |

      Plaintiff Travaris L. Amps, proceeding *pro se*, initiated this civil action on February 3, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 4, 2022, the court issued an order directing plaintiff to either pay the required filing fee in order to proceed with this action or file an application to proceed *in forma pauperis* with this action, within thirty (30) days of that order. (Doc. No. 2.) A copy of that order was served on plaintiff at his address of record. Because plaintiff did not comply with that order, on March 17, 2022, the court issued an order to show cause why this action should not be dismissed due to plaintiff's failure to obey a court order and failure to prosecute. (Doc. No. 6.) A copy of that order was likewise served on plaintiff at his address of record. Plaintiff did not respond to that order to show cause.

1

      Accordingly, on April 19, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders.  (Doc. No. 9.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

      Accordingly:

1. The findings and recommendations issued on April 19, 2022 (Doc. No. 9) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 18, 2022**

                                              UNITED STATES DISTRICT JUDGE